UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OWEN THOMAS KENDRICK,<br><br>                    Plaintiff,<br><br>      v.<br><br>D. PINA, et al.,<br><br>                    Defendants. | CASE NO.: 1:08-cv-1055 DLB PC<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR SUBPOENA<br><br>(Doc. 9) |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights action pursuant to 42 U.S.C. section 1983. Pending before the Court is plaintiff's motion for the issuance of a subpoena, filed September 2, 2008. (Doc. 9).

Plaintiff's request is premature. The Court has not yet screened plaintiff's complaint, defendants have not yet been served and have not yet appeared in this action, and the discovery phase has not yet opened. Until the Court issues an order opening discovery, plaintiff's motion is premature. Accordingly, plaintiff's motion for the issuance of a subpoena is HEREBY DENIED.

IT IS SO ORDERED.

Dated:   **September 5, 2008**            **/s/ Dennis L. Beck**
                                                                    UNITED STATES MAGISTRATE JUDGE