IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| Owen Thomas Kendrick,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>Lieutenant D. Pina, et al.,<br><br>　　　　　Defendant. | No. 1:08-CV-1055-RCC<br><br>**ORDER** |

Pending before the Court are two letters from the Plaintiff docketed as a Motion for Extension of Time (Doc. 26) and Motion for Court Order re Legal Documents (Doc. 27). The Defendants have filed a response. Accordingly,

**IT IS ORDERED** that Plaintiff shall file his response to Defendant's Motion to Dismiss on or before **January 21, 2011**. Absent evidence of circumstances beyond Plaintiff's control, failure to file a timely response will result in dismissal of this action without further notice to Plaintiff.

**IT IS FURTHER ORDERED** that Plaintiff shall follow all procedures necessary to place him on Preferred Library User (PLU) status upon receipt of this Order.

...

...

1    **IT IS FURTHER ORDERED** that the Clerk of Court shall send a copy of this Order
2    to the Warden and Librarian for where Plaintiff is currently confined.
3    DATED this 22nd day of December, 2010.

                    Raner C. Collins
                  United States District Judge