IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Owen Thomas Kendrick,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>Lieutenant D. Pina, et al.,<br><br>　　　　Defendant. | No. 1:08-CV-1055-RCC<br><br>**ORDER TO SHOW CAUSE** |

On May 5, 2011, the Court dismissed Plaintiff's Amended Complaint for failure to exhaust his remedies, but granted Plaintiff leave to file a Second Amended Complaint. (Doc. 35). Plaintiff did file a Second Amended Complaint on June 1, 2011. (Doc. 36). Defendants' time to file a responsive pleading or motion ran on August 1, 2011 pursuant to Federal Rule of Civil Procedure 12(a)(2). To date, Defendants' have not responded to the Second Amended Complaint. Accordingly,

**IT IS ORDERED** that Defendants show cause why the Court should not enter sanctions for failure to timely respond. Defendants' brief is due on or before **August 18, 2011**. If Defendants fail to comply with this Order, Plaintiff may be entitled to move for default judgment.

_____
Raner C. Collins
United States District Judge