# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Owen Thomas Kendrick, | ) | No. 1:08-CV-1055-RCC |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| Lieutenant D. Pina, et al., | ) | |
| Defendant. | ) | |

Good cause appearing,

**IT IS ORDERED** the Clerk of Court shall seal Defendants' Request to File a Response to Plaintiff's Motion to Compel in Excess of Time. (Doc. 58).

DATED this 17th day of May, 2012.

Raner C. Collins
United States District Judge