1

2

3

4

5

6                        IN THE UNITED STATES DISTRICT COURT

7                          EASTERN DISTRICT OF CALIFORNIA

8

9    Owen Thomas Kendrick,              )    No. 1:08-CV-1055-RCC
                                        )
10              Plaintiff,              )    **ORDER**
                                        )
11   vs.                                )
                                        )
12                                      )
     Lieutenant D. Pina, et al.,        )
13                                      )
                Defendant.              )
14                                      )
                                        )
15   _____)

16          Good cause appearing,

17          **IT IS ORDERED** the Clerk of Court shall seal Defendants' Request to File a

18   Response to Plaintiff's Motion to Compel in Excess of Time.  (Doc. 58).

19          DATED this 17th day of May, 2012.

20

21

22   _____
                    Raner C. Collins
23              United States District Judge

24

25

26

27

28