1
2
3
4
5
6                    IN THE UNITED STATES DISTRICT COURT

7                  FOR THE EASTERN DISTRICT OF CALIFORNIA

8

9   Owen Thomas Kendrick,              )   No. 1:08-CV-1055-RCC
                                       )
10              Plaintiff,             )   **ORDER**
                                       )
11  vs.                                )
                                       )
12                                     )
    Lieutenant D. Pina, et al.,        )
13                                     )
                Defendant.             )
14                                     )
                                       )
15  _____ )

16         On May 24, 2012 mail sent to Plaintiff by the Clerk of Court was returned as

17  undeliverable.  Accordingly and pursuant to Local Rule 183(f),

18         **IT IS ORDERED** dismissing this action without prejudice.  The Clerk of Court shall

19  enter judgment accordingly and close this case.

20         **IT IS FURTHER ORDERED** denying all pending motions as moot.  (Docs. 54, 56,

21  57, 61 and 62).

22         DATED this 30th day of August, 2012.

23

24

25                                   _____
                                            Raner C. Collins
26                                       United States District Judge

27

28