IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Owen Thomas Kendrick, | ) | No. 1:08-CV-1055-RCC |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| Lieutenant D. Pina, et al., | ) | |
| Defendant. | ) | |

On May 24, 2012 mail sent to Plaintiff by the Clerk of Court was returned as undeliverable. Accordingly and pursuant to Local Rule 183(f),

**IT IS ORDERED** dismissing this action without prejudice. The Clerk of Court shall enter judgment accordingly and close this case.

**IT IS FURTHER ORDERED** denying all pending motions as moot. (Docs. 54, 56, 57, 61 and 62).

DATED this 30th day of August, 2012.

Raner C. Collins
United States District Judge