IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Owen Thomas Kendrick,       ) | No. 1:08-CV-1055-RCC |
|     Plaintiff,       ) | **ORDER** |
| vs.       ) | |
| Lieutenant D. Pina, et al.,       ) | |
|     Defendants.       ) | |

    On May 24, 2012 mail sent to Plaintiff by the Clerk of Court was returned as undeliverable. Accordingly and pursuant to Local Rule 183(f), the Court ordered this action dismissed without prejudice on August 30, 2012. (Doc. 63). The Court further ordered all pending motions (Docs. 54, 56, 57, 61 and 62) denied as moot.

    Currently pending before the court is Plaintiff's Request to be Reserved with any Motions and Answers from the Defendants Due to Illness of Plaintiff and Inability to Litigate Due to Mental Illness. (Doc. 65). Plaintiff explains that he was discharged from Wasco State Prison on May 11, 2012, and has not received copies of any of the documents filed in this case since his release. Plaintiff also claims he is unaware if a judgment has been entered against him. Plaintiff requests the Court provide him with any answers filed by the Defendants in response to Plaintiff's motions, as well as any orders issued by the Court concerning Plaintiff's motions filed prior to his May 11, 2012 release. Plaintiff further asks the Court to set aside any judgment that may have been entered against him. Accordingly,

1 **IT IS HEREBY ORDERED** the Clerk of Court shall mail Plaintiff copies of all
2 documents filed in this action from May 11, 2012 up until the present time. Copies shall be
3 mailed to Plaintiff at the following address:

4       Owen Thomas Kendrick
      V-02189
5       4436 Calle Real SI-#16
      Santa Barbara, CA 93110

6 **IT IS FURTHER ORDERED** that if Plaintiff wishes the Court to consider his
7 request to set aside the Court's August 30, 2012 judgment dismissing this action, Plaintiff
8 must file an appropriate motion to set aside judgment.

9 DATED this 19th day of December, 2012.

*(signature)*

Raner C. Collins
United States District Judge